PROB. 12
Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

### WESTERN DISTRICT OF TENNESSEE

FILED BY ____ D.C.

05 JUN 13 PM 3: 33

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

U. S. A. vs. KRISTALYN ADAIR BECTON                  Docket No. 2:00CR20055-01

Petition on Probation and Supervised Release

**COMES NOW** ____Nicole D. Peterson____ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of _Kristalyn Adair Becton_ who was placed on supervision by the Honorable _Jon Phipps McCalla_ sitting in the Court at _Memphis, TN_ on the _16th_ day of _August, 2000_ who fixed the period of supervision at _five (5) years_, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

(1)   The defendant shall participate in the Home Detention program for a period of four (4) months. During this time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by the defendant's probation officer. Defendant will be subject to the standard conditions of Home Detention adopted for use in the Western District of Tennessee, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the probation officer. (Completed).

(2)   The defendant shall not visit any casinos or gambling establishments.

(3)   The defendant shall pay restitution in the amount of $18,808.97 at the rate of ten (10) percent of her gross monthly income, said payment to be due within five (5) days of the end of each month. (Outstanding balance: $14,878.97)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Ms. Becton has failed to satisfy her restitution obligation of $18,808.97. She continues to owe a balance of $14,878.97. At the beginning of her term of supervision, Ms. Becton had some difficulty maintaining employment and paying her restitution. However, she has been employed at the same company for over a year. Unfortunately, the company sometimes reduces her hours or is closed due to a slow market. Regardless, Ms. Becton is enrolled in an automatic payroll deduction equaling $200.00 per month. This deduction will remain in place as long as Ms. Becton maintains employment with her current employer.

**PRAYING THAT THE COURT WILL ORDER** that Ms. Becton's Probation term be allowed to terminate as scheduled on August 15, 2005 with the understanding that the U.S. Attorney's Office Financial Litigation Unit will be responsible for the continued collection of restitution.

**ORDER OF COURT**

Considered and ordered this _13_ day of _June_, 20_05_, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

_____
Nicole D. Peterson
United States Probation Officer

Place: _Memphis, TN_

Date: _June 6, 2005_

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _6-13-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:00-CR-20055 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT